IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**     Date:   July 26, 2016

vs.                              Case No.: 2:13-CR-4051-BCW-03

**JESUS GUZMAN-VAZQUEZ**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced: 11:45 am**        **Time Terminated: 11:57 am**

APPEARANCES

**Plaintiff's counsel:** Jim Lynn
**Defendant's counsel:** James L. Spies
**Probation officer:** Jaime Drummond
**Interpreter:** Maria Cepeda

---

**PROCEEDINGS IN COURTROOM:** Above parties present. Interpreter sworn. Court adopts Report and Recommendation on Plea of Guilty (Doc #219). There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant committed to the custody of the BOP for 24 months on Count 1 of the Second Superseding Indictment; followed by 2 years supervised release on Count 1 of the Second Superseding Indictment. FINE: waived; MSA: $100. Restitution not ordered. Dft advised of right to appeal. All remaining counts dismissed upon motion by the Government.

---

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** Carrie James